# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

DANIEL MARK MIXSON ) Civil Action No. _____
[Enter the full name of the plaintiff in this action] )
) (to be assigned by Clerk)
)
) **COMPLAINT**
v. ) **State Prisoner**
)
SHERIFF AL CANNON DETEN- )
TION CENTER )
)
_____ )
_____ )
_____ )
_____ )
Enter above the full name of defendant(s) in this action )

RECEIVED USDC CLERK, COLUMBIA, SC  2016 FEB -4  AM 11:24

I.  **PREVIOUS LAWSUITS**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?      Yes_____    No ✓

   B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   1. Parties to this previous lawsuit:

      Plaintiff: N/A

      Defendant(s): N/A

   2. Court: N/A
      (If federal court, name the district; if state court, name the county)

   3. Docket Number: N/A

   4. Name(s) of Judge(s) to whom case was assigned: N/A

   5. Disposition: N/A
      (For example, was the case dismissed? Appealed? Pending?)

   6. Approximate date of filing lawsuit: N/A

   7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT

   A. Name of Prison/Jail/Institution: SHERIFF AL CANNON DETENTION CENTER

   B. What are the issues that you are attempting to litigate in the above-captioned case? PETITIONERS MAIL/LEGAL MAIL IS BEING TAMPERED WITH

   C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓   No

   (2) Did you file a grievance concerning the claims you are raising in this matter? Yes ✓   No

   When 01-07-2016       Grievance Number (if available) KIOSK

   D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)?   Yes ✓   No

   E. When was the final agency/departmental/institutional answer or determination received by you? 01-08-2016

   *If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

   F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?   Yes ✓✓✓   No

   G. If your answer is YES:

   1. What steps did you take? COMPLAINED TO C.O.S, SGT., LT., MAJOR, WROTE I.A.

   2. What was the result? RUN AROUND

III. PARTIES

   *In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

   A. Name of Plaintiff: DANIEL MARK MIXSON     Inmate No.: 24808/76898
   Address: 3841 LEEDS AVE.; NORTH CHARLESTON, S.C. 29405

   *In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

   B. Name of Defendant: SHERIFF AL CANNON DET. CENTER     Position:
   Place of Employment: 3691 LEEDS AVE.; CHARLESTON, S.C. 29405

   C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):
   SAME

Complaint - State Prisoner
Revised October 3, 2007

IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

I HAVE BEEN EXPERIENCING MY OUT GOING MAIL NOT MAKING IT TO ITS ASSIGNED/ADDRESSED DESTINATION. RECEIVED ON 11-22-2015 DATED 11-17-2015, "DANIEL MIXSON WE HAVE NOT RECEIVED ANY MOTION TO DISCHARGE COUNSEL" (FROM THE CHAS. CO. CLERK OF COURT). ON 9-27-2015; 10-15-2015; 11-21-2015 AND ON 01-18-2016 I MAILED FOUR (4) HAND REWRITTEN MOTIONS TO DISCHARGE COUNSEL. IN GOOD FAITH I DID NOT MAKE A COPY OF THE FIRST ONE BUT DID MAKE COPIES OF THE LAST THREE (3)(10-15-15; 11-21-15; 01-18-16) THESE 9 BY 12 ENVELOPES CONSISTED OF 13 LEGAL DOCUMENTS AND WERE GIVEN TO CORRECTIONAL OFFICERS; COWIG, SKIPPER AND YALL. I HAVE PUT IN COUNTLESS REQUEST AND SEVERAL GRIEVANCES THAT HAVE EVOLVED TO NOTHING! NOW I HAVE COUNTLESS LETTERS I AM IN QUESTION OF AND ONE LETTER TO JUDGE IRVING G. CONDON DATED 12-13-2015 WHICH I MAILED TO THE FOLLOWING WITH A PERSONAL LETTER TO EACH INDIVIDUAL PERSON TO WHOM I MAILED IT; JOHN G. ROBERTS JR. CHIEF JUSTICE U.S. FOR THE SUPREME COURT; PAIGE J. GOSSETT MAGISTRATE JUDGE U.S.; RON HONBERG FORMER PRESIDENT AND C.E.O FOR N.A.M.I.; JOHN MAGILL STATE DIRECTOR FOR M.H.; JOAN MORRE VICE CHAIRMAN S.C.D.M.H.; CATHY GARNER CHARLESTON COUNTY M.H.; JUDGE JACK GUEDALIA FOR CHAS. CO.; SHERIFF AL CANNON, ESQUIRE; CHIEF W.L. BEATTY FOR S.A.C.D.C.; CHIEF LUCAS, N. CHAS.; DANA HERRON, INTERNAL AFFAIRS; ANDREW KNAPP, REPORTER FOR CHAS. CO. POST & COURIER AND MICHAEL MURPHY, ESQUIRE. BEING AS I HAVE NOT HEARD FROM ANYONE OF THESE FEDERAL STATE AND COUNTY OFFICIALS I BELIEVE IF ANYONE RECEIVED THIS/THEIR LETTER, NOT EVERYONE RECEIVED THEIR/THIS LETTER (ENCLOSED).

Complaint - State Prisoner
Revised October 3, 2007

IV. STATEMENT OF CLAIM - continued.

WROTE:
- Chief Justice John G. Roberts Jr. on 10-25-2015, 11-02-2015, 12-14-2015
- Ron Honberg Former President and C.E.O. for N.A.M.I. on 3-31-2015, 5-03-2015, 6-05-2015, 8-12-2015, 9-03-2015, 11-02-2015, 12-14-2015
- Andrew Knapp Reporter for Post Incourier on 11-21-2014, 12-30-2014, 12-24-15
- Dana Herron Chief Inspector for Internal Affairs on 12-20-2015, 01-17-2016

However never received any reply back from above. Over 57 months I have spoke with Dana Herron about my mail twice. It would stop to my knowledge and always restarted. I still have not heard back from numerous letters mailed. I do have documented over 500 letters since April 2011.

Court Appointed Counsel is ineffective insufficient and incompetent in my request demands motions letters etc.. He has violated my federal and state rights, laws, due process,....

This should be post mark dated 02-01-2016.

V. **RELIEF**

*State briefly and exactly what you want the court to do for you.*

I WOULD LIKE THE MAILING SYSTEM HERE AT S.A.C.D.C. INVESTIGATED. I DO KNOW INTERNAL AFFAIRS IS AWARE OF SUCH BUT HAS TURNED OUT TO BE USELESS, ONE TIME I HAD A PROBLEM WITH MY MAIL AND AFTER I WROTE INTERNAL AFFAIRS BEFORE THEY RESPONDED MY MAIL ARRIVED. HOWEVER FOR THE LAST 57 MONTHS I HAVE HAD CONSTANT ON AND OFF PROBLEMS WITH MY MAIL. THOSE I LISTED IN MY COMPLAINT/CLAIM I HAVE WRITTEN BEFORE THIS, I STILL HAVE NOT HEARD FROM, AND LETTER (ENCLOSED) TO, JUDGE IRVIN G. CONDON MAY HOLD SOME OF THE REASONS WHY.

I WOULD LIKE CONTACTED; CHIEF JUSTICE JOHN G. ROBERTS JR.; RON HONBERG OF NATIONAL ASSOCIATION FOR MENTAL ILLNESS (703)524-7600; ANDREW KNAPP REPORT FOR POST AND COURIER (843)577-7111 CELL (843)607-0815 TO KNOW IF THEY RECEIVED THIS LETTER ALONG WITH THEIR PERSONAL LETTER; ALSO TO KNOW IF THEY RECEIVED PAST LETTERS AS WELL...

I WOULD LIKE MY MAIL TO BE TRACKED IF ABOVE OFFICIALS DID NOT RECEIVE THEIR MAIL AND TO KNOW WHAT HAPPENED TO IT IF THEY DID NOT RECEIVE IT.

I WOULD LIKE TO PERSONALLY SPEAK ABOUT THIS WITH SOMEONE NOT AFFILIATED CONNECTED OR ASSOCIATED WITH CHARLESTON COUNTY.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __30 TH__ day of __JANUARY__, 20 __16__.

_Variel Mixon_

Signature of Plaintiff

Complaint - State Prisoner
Revised October 3, 2007